UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KAEFUNN McCLINTON,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ST. ANDRE, et al.,<br><br>Defendants. | No. 2:23-cv-0379 DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants violated his First Amendment rights by banning a book that plaintiff wrote.

By order dated September 8, 2023, the undersigned screened the complaint. (ECF No. 9.) Plaintiff was given the option to proceed immediately with the complaint as screened or file an amended complaint. (Id.) Plaintiff was ordered to notify the court of his decision by filling out and returning a form within thirty days. (Id.) Thereafter, plaintiff submitted a request for a copy of his complaint. (ECF No. 13.) The Clerk's Office advised plaintiff that it would provide copies of documents and the docket sheet for $0.50 per page. Plaintiff has not indicated how he would like to proceed in this action. In light of plaintiff's pro se status, the undersigned will provide plaintiff with additional time to indicate how he would like to proceed and as a one-time courtesy will send him a copy of his original complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of service of this order plaintiff shall complete and return the attached form indicating how he would like to proceed in this action.
2. The Clerk's Office shall send plaintiff a copy of his original complaint (ECF No. 1).
3. Failure to comply with this order may result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with court orders.

Dated: March 1, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/S/mccl0379.elec

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KAEFUNN McCLINTON, | No. 2:23-cv-00379 DB P |
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| ROBERT ST. ANDRE, et al., | |
| Defendants. | |

Check one:

\_\_\_\_\_   Plaintiff wants to proceed immediately on his First Amendment claim against defendants Mosley, Thor, Brown, and Harrod.  Plaintiff understands that by going forward without amending the complaint he is voluntarily dismissing all other claims.

\_\_\_\_\_   Plaintiff wants to amend the complaint.

DATED:_____

                                                Andre Kaefunn McClinton
                                                Plaintiff pro se