UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KAEFUNN McCLINTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT ST. ANDRE, et al.,<br><br>    Defendants. | No.  2:23-cv-0379 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. §1983.  On screening the first amended complaint, this court found plaintiff stated no potentially cognizable claims for relief.  (Apr. 1, 2024 Order (ECF No. 16).)  Plaintiff was given the opportunity to file a second amended complaint within thirty days.  Plaintiff was warned that his failure to file an amended complaint in accordance with the April 1 order "may result in a recommendation that this action be dismissed."  (Id. at 5.)

Plaintiff sought an extension of time to file the second amended complaint.  (ECF No. 17.)  In an order filed April 19, 2024, this court granted plaintiff's request.  (ECF No. 18.)  Plaintiff was given thirty days from the date of the April 19 order to file a second amended complaint.

Thirty days have passed and plaintiff has not filed a second amended complaint or otherwise responded to the court's April 19 order.  Because plaintiff failed to comply with the court's April 1 and April 19 orders and because plaintiff is failing to prosecute this case, this

court will recommend this action be dismissed without prejudice. See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Accordingly, the Clerk of the Court IS HEREBY ORDERED to randomly assign a district judge to this case, and

IT IS RECOMMENDED that this action be dismissed without prejudice for plaintiff's failure to prosecute and failure to comply with court orders.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 13, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/mccl0379.fta fr

2